■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS MONTAGUE, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

■ In the Matter of GOMEZ REALTY CORPORATION, Appellant, against CHARLES ABRAMS, as State Rent Administrator, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ In the Matter of LUCILLE SLOANE, as Stockholder of 425 West 25th Street Corp., Appellant, against OFFICERS AND DIRECTORS OF 425 WEST 25TH STREET CORP., Respondents.— Order dismissing petition by stockholder to examine the books and records of the corporation unanimously reversed and the petition granted, with $20 costs and disbursements to the appellant. There are no facts averred in the record tendering the issue of bad faith on the part of petitioner. Facts showing a lack of gratitude are not a substitute for establishing an issue of bad faith or improper motive. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ CAMERA SERVICES, INC., et al., Respondents, v. GEORGE SCHWARTZ et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. BERNARD ROSENTHAL et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [206 Misc. 485.]

■ WOOD & SELICK, INC., Respondent, v. JOHN S. CALVERT et al., Appellants.— Orders, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein and Cox, JJ.

■ KLEARFLAX LINEN LOOMS, INC., Respondent, v. ROSENFELD-KENT COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ FRANK D'AMBROSIO, an Infant, by His Guardian ad Litem, LEONARD D'AMBROSIO, et al., Respondents, v. CITY OF NEW YORK, Respondent, and TURIANO FOUNDATION CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ W. KINGSLAND MACY, Respondent, v. NEW YORK WORLD-TELEGRAM CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Bastow, J. P., Botein, Rabin and Cox, JJ. [See post, p. 766.]

■ BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Respondent, v. LOMBARDY HOTEL CORPORATION, Appellant; JUSTIN FAUR, Respondent, et al., Defendants.— The admissions in the pleading of defendant Faur show that he is neither a necessary nor proper party. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, and judgment is directed to be entered in favor of the appellant dismissing the cross complaint, with costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■ In the Matter of FRANK J. CENTNER et al., Appellants, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.